LAWRENCE G. WASDEN
Attorney General
State of Idaho

PAUL R. PANTHER
Deputy Attorney General
Chief, Criminal Law Division

JESSICA M. LORELLO, ISB #6554
Deputy Attorney General
L. LaMONT ANDERSON, ISB #3687
Chief, Capital Litigation Unit
Criminal Law Division
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile:  (208) 854-8074
jessica.lorello@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| JAMES H. HAIRSTON, | ) | Case No. 1:00-cv-00303-BLW |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| vs. | ) | NOTICE OF NON-OBJECTION |
| | ) | TO PETITIONER'S MOTION |
| RANDY BLADES, Warden | ) | TO FILE SUPPLEMENTAL BRIEF |
| of the Idaho Maximum Security | ) | REGARDING *MARTINEZ V. RYAN* |
| Maximum Security Institution, | ) | IN EXCESS OF 25 PAGES |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

   COMES NOW, Respondent, Randy Blades, Warden of the Idaho Maximum

Security Institution, by and through his attorney, Jessica M. Lorello, Deputy Attorney

General, Capital Litigation Unit, and hereby files this notice of non-objection to

*NOTICE OF NON-OBJECTION TO PETITIONER'S MOTION TO FILE SUPPLEMENTAL BRIEF REGARDING MARTINEZ V. RYAN IN EXCESS OF 25 PAGES* - 1

Petitioner's Motion to File Supplemental Brief Regarding *Martinez v. Ryan* in Excess of Twenty-Five Pages.  (Dkt. 214.)

     DATED this 25th day of July, 2013.

                                /s/
                                JESSICA M. LORELLO
                                Deputy Attorney General
                                Capital Litigation Unit

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY That on or about the 25th day of July, 2013, I caused to be serviced a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| | | |
|---|---|---|
| Bruce Livingston | \_\_\_\_\_ | U.S. Mail |
| Federal Defender Services of Idaho | \_\_\_\_\_ | Hand Delivery |
| 702 W. Idaho, Suite 900 | \_\_\_\_\_ | Overnight Mail |
| Boise, ID  83702 | \_\_\_\_\_ | Facsimile |
| | X | Electronic Court Filing |
| | | |
| Teresa Hampton | \_\_\_\_\_ | U.S. Mail |
| Federal Defender Services of Idaho | \_\_\_\_\_ | Hand Delivery |
| 702 W. Idaho, Suite 900 | \_\_\_\_\_ | Overnight Mail |
| Boise, ID  83702 | \_\_\_\_\_ | Facsimile |
| | X | Electronic Court Filing |

                                /s/
                                JESSICA M. LORELLO
                                Deputy Attorney General
                                Capital Litigation Unit